AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

UNITED STATES OF AMERICA
V.
Jason Owen

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-mj-70403HRL | 4:08-144-MJ |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of __18__ U.S.C. § __471__

DISTRICT OF OFFENSE: __Northern District of Texas__

DESCRIPTION OF CHARGES: __Manufacture of Counterfeit Currency__

FILED
JUL 10 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CURRENT BOND STATUS:
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__7-10-08__
Date

_____
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |