**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 11, 2008

**Office of the Clerk-USDC**
**310 United States Courthouse**
**501 West Tenth Street,**
**Fort Worth, TX 76102-3643**

Case Name:         **USA-v-Jason Owen**
Case Number:      **5-06-70403-HRL  (Your Case# 4:08-144-MJ)**
Charges:                **Manufacture of Counterfeit Currency**

Dear Clerk:

  The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg..  The following action has been taken:

  (X)   The U.S. Marshal has been ordered to remove this defendant
         to your district forthwith.
  ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute orders
   certified copy of *AO 94, Commitment to Another District*
   Certified docket sheets
   Republic of India Passport

  Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office
------------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

**By** _____
**Deputy Clerk**