UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

RECEIVED JUL 14 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

July 11, 2008

Office of the Clerk-USDC
310 United States Courthouse
501 West Tenth Street,
Fort Worth, TX 76102-3643

Filed JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Name:     USA-v-Jason Owen
Case Number:   5-08-70403-HRL  (Your Case# 4:08-144-MJ)
Charges:       Manufacture of Counterfeit Currency

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg.. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
- original Rule 5 affidavit
- original minute orders
- certified copy of AO 94, Commitment to Another District
- Certified docket sheets
- Republic of India Passport

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _7/14/08_

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk